■ WILLIAM R. NYKANEN, Respondent, v. CITY OF NEW YORK, Appellant, et al., Defendant.— Motion by appellant for leave to appeal to the Court of Appeals granted. Pursuant to statute (Civ. Prac. Act, § 589, subd. 4), we certify that questions of law have arisen which in our opinion ought to be reviewed by the Court of Appeals. Ughetta, Acting P. J., Kleinfeld, Brennan, Rabin and Hopkins, JJ., concur.

■ In the Matter of DONALD FLEMING CLARKE, for Admission to Practice as an Attorney. (From the State of Maryland.) In the Matter of HAROLD JOSEPH LEVY, for Admission to Practice as an Attorney. (From the State of Georgia.) — The applications by the above-named attorneys from other States, for admission to the Bar of the State of New York, are granted. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.